MORRIS BARTH, Individually and on Behalf of All Members of Moving Picture Machine Operators Union of Greater New York Local No. 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Similarly Situated, Plaintiff-Respondent, v. THE ADDIE Co., INC., Appellant, and HARRY SHERMAN, as President of Moving Picture Machine Operators Union of Greater New York, etc., Intervenor-Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

FRANK BOEHM, Respondent, v. JOHN MADIGAN and RICHARD V. HYLAND, Doing Business as MADIGAN-HYLAND, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

MAE BOOKER, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

HARRY EGAN, Appellant, v. MOE WERFEL and ZACHARY WERFEL, Doing Business as ZIM SERVICE STATION, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

THYRZA BENSON FOWLER, Individually, and R. STUYVESANT PIERREPONT and BROOKLYN TRUST COMPANY, as Substituted Trustees Created under Article 28 of the Last Will and Testament of MARY BENSON, Deceased, Appellants, v. MONTAUK BEACH DEVELOPMENT CORPORATION and Others, Defendants; THOMAS E. RINGWOOD, as Permanent Trustee of the Estate of the Defendant, MONTAUK BEACH DEVELOPMENT CORPORATION, Appointed Pursuant to Section 77B of the Federal Bankruptcy Act, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 550.] Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and ANNA M. ENGELKING and ADELAIDE POWELL, Respondents. (Appeal No. 1.)— Motion for reargument granted and reargument set down for Wednesday, January 8, 1936. [See ante, p. 532.] Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and HERMAN MARGULIES and JEAN MARGULIES, Respondents. (Appeal No. 2.)— Motion for reargument granted and reargument set down for Wednesday, January 8, 1936. [See ante, p. 532.] Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.